# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 21-cr-66(3) (JWB/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Joynis Perez-Borroto Blanco, | |
| Defendant. | |

This matter comes before the Court on Defendant Joynis Perez-Borroto Blanco's Second Motion to Exclude Time Under the Speedy Trial Act, ECF No. 258. Defendant has also filed a Second Statement of Reasons in Support of Motion to Exclude, ECF No. 259.

Defendant states that he and the Government have "engaged in detailed settlement discussions" and that those "discussions have been fruitful." ECF No. 258 at 1. Defendant states that more time is need for his counsel to perform additional work on this case in light of the age of the case, his alleged role, and "how the Guidelines should be calculated under his unique circumstances." ECF No. 258 at 1-2. Defendant and the Government are in agreement that the motions hearing currently set for May 21, 2024, should be continued and "believe in good faith that a resolution will be reached." ECF No. 258 at 2. Defendant requests an extension of one month.

Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy

1

trial, and such continuance is necessary to provide the parties and their counsel reasonable time necessary for effective preparation and to make efficient use of the parties' resources. The Court will also adjust the dates for filing responses to pretrial motions, any notice of intent to call witnesses, and any responsive notice of intent to call witnesses accordingly.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Second Motion to Exclude Time Under the Speedy Trial Act, ECF No. 258, is **GRANTED**.

2. The period of time from **the date of this Order through June 25, 2024**, shall be excluded from Speedy Trial Act computations in this case.

3. All responses to motions shall be filed by **June 18, 2024**. D. Minn. LR 12.1(c)(2).

4. Any Notice of Intent to Call Witnesses shall be filed by **June 18, 2024**. D. Minn. LR 12.1(c)(3)(A).

5. Any Responsive Notice of Intent to Call Witnesses shall be filed by **June 21, 2024**. D. Minn. LR 12.1(c)(3)(B).

6. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

    a. The Government makes timely disclosures, and a defendant pleads particularized matters for which an evidentiary hearing is necessary; or

    b. Oral argument is requested by either party in its motion, objection or response pleadings.

7. If required and subject to further order of the Court, the motions hearing shall be heard before Magistrate Judge Tony N. Leung on **June 25, 2024, at 10:00 a.m.**, in **Courtroom 9W**, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota 55415.  D. Minn. LR 12.1(d).

8. **TRIAL: The trial date, and other related dates, will be rescheduled following the ruling on pretrial motions.  Counsel must contact the Courtroom Deputy for District Judge Jerry W. Blackwell to confirm the new trial date.**

Dated: May   6   , 2024           *s/ Tony N. Leung*
                                  Tony N. Leung
                                  United States Magistrate Judge
                                  District of Minnesota

                                  *United States v. Blanco*
                                  Case No. 21-cr-66(3) (JWB/TNL)

3